**Opinion issued November 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00898-CV

———————————

## IN RE MAYRA ISABEL BUSTAMANTE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Mayra Isabel Bustamante, has filed a petition for writ of mandamus challenging an order granting a bill of review.[1] We deny the petition. *See Patrick O'Connor & Assocs., L.P. v. Wang Inv. Networks, Inc.*, No. 01-12-00615-CV, 2013 WL 1451358, at *1–2 (Tex. App.—Houston [1st Dist.] Apr. 9, 2013, orig.

---

[1]   The underlying case is *In the Matter of the Marriage of Erik Bustamante and Mayra Isabel Bustamante*, cause number 24-DCV-321554, pending in the 505th District Court of Fort Bend County, Texas, the Honorable Kali Morgan presiding.

proceeding) (mem. op.) ("[T]he general rule stated by both this Court and our sister court in Houston is that an interlocutory order granting a bill of review may not be reviewed by mandamus, but by appeal of the eventual final judgment in the case.") (citing *In re Moreno*, 4 S.W.3d 278, 281 (Tex. App.—Houston [14th Dist.] 1999, orig. proceeding); *Stettner v. Apollo Paint & Body Shop, Inc.*, Nos. 01–02–00667–CV & 01–02–00204–CV, 2002 WL 1586282, at *1 (Tex. App.—Houston [1st Dist.] July 18, 2002, orig. proceeding, no pet.) (combined mandamus and appeal)); *see also In re Bowe*, No. 14-19-00636-CV, 2019 WL 4621062, at *1 (Tex. App.—Houston [14th Dist.] Sept. 24, 2019, orig. proceeding) (mem. op.).[2]

## PER CURIAM

Panel consists of Justices Guerra, Guiney, and Johnson.

---

[2] The one exception to the general rule that the granting of a bill of review is not subject to mandamus is inapplicable because this case is not a paternity suit in which genetic testing has been ordered. *See Patrick O'Connor & Assocs.,* 2013 WL 1451358, at *2.

.